NUMBER 13-01-421-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


TARA COLLINS , Appellant,


v.



MILDRED I. DREILING , Appellee.

___________________________________________________________________


On appeal from the 214th District Court 

of Nueces County, Texas

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, TARA COLLINS , attempted to perfect a restricted appeal from a judgment entered by the 214th District Court
of Nueces County, Texas, in cause number 999-6421-F . Judgment in this cause was signed on December 18, 2000 .
Pursuant to Tex. R. App. P. 26.1(c), appellant's notice of appeal was due on June 18, 2001 , but was not filed until June 19,
2001 . 

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect her appeal, and
appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 31st day of August, 2001 .